377 A.2d 185

Commonwealth v. Santana, Appellant.

Submitted October 8, 1976. Anthony Bateman, for appellant; Randolph L. Goldman, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS, J., dissents.